# United States Court of Appeals for the Fifth Circuit

No. 22-40768

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2023

Lyle W. Cayce
Clerk

Sheila Renee Bell,

*Plaintiff—Appellant*,

*versus*

Suzanne Schwab Radcliffe; Mark Henry, *County Judge*; Galveston County Medical Examiners Office; Susan Baker, *Judge*; Cheryl Triplett, *CPS Director*; Joyce Washington,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-MC-14

---

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

This is the ninth federal lawsuit Sheila Renee Bell has filed, and at this point no justifiable legal claim is stated or briefed. As a prior panel of our Court has ruled, "[Ms. Bell] has received prior judgments ruling that her claims are frivolous and at least two district judges have threatened sanctions.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40768

The courts have decided and Ms. Bell has to accept that decision." *Bell v. County of Galveston*, 628 F. App'x 295, 296 (5th Cir. 2016). Now, at least *three* district judges have threatened sanctions. We echo the same sentiment.

AFFIRMED.